UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-00709-JLS-MRW                                              Date: February 08, 2024
Title: Juan Manuel Olivares Romero v. Marshalls Of CA LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: REMAND FOR LACK OF SUBJECT-MATTER JURISDICTION**

Defendant Marshalls of CA, LLC removed this employment-discrimination action from state court, invoking this Court's diversity jurisdiction. (NOR, Doc. 1 ¶ 6.) One of Defendant's sub-members is NBC Trust, "a business trust organized under the laws of the State of Massachusetts."  (*Id.* ¶ 25.)

For purposes of diversity jurisdiction, there are two types of trusts: "(1) traditional trusts establishing only fiduciary relationships and having no legal identity distinct from their trustees, [and] (2) the variety of unincorporated artificial entities to which states have applied the 'trust' label, but which have little in common with traditional trusts." *Demarest v. HSBC Bank USA, N.A. as Tr. for registered holders of Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-HE2*, 920 F.3d 1223, 1229 (9th Cir. 2019) (citation omitted). The former type—a traditional trust—has "the citizenship of its trustee or trustees." *Id.* at 1127 (citation omitted). The latter type—a non-traditional, unincorporated entity labeled a trust under state law—has the citizenship of each of its members. *Id.* at 1127–28.

Here, Defendant does not address which of these two categories a Massachusetts "business trust" falls within. Nor does Defendant allege the citizenship either of NBC Trust's trustee(s) or its member(s). (*See* NOR, Doc. 1 ¶.)

As a result, the Court cannot assure itself of subject-matter jurisdiction. Therefore, Defendant is ORDERED to show cause, in writing, no later than **seven days**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:24-cv-00709-JLS-MRW　　　　　　　　　　　　Date: February 08, 2024
Title: Juan Manuel Olivares Romero v. Marshalls Of CA LLC et al

from the date of the Order, why the Court should not remand this action to state court for lack of subject-matter jurisdiction.  Plaintiff has **seven days** thereafter to submit any response.  No further briefing is permitted.  Neither side's briefing shall exceed **five pages**.  Following submission of the parties' briefing, the matter will be deemed under submission and the Court will thereafter issue an order.

　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk:  gga